**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| STEVEN M. MYNHIER | ) | BANKRUPTCY CASE NUMBER 05-17827 |
| GRADENNA A. MYNHIER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**SECOND NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on September 21, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #112 issued to Wells Fargo Bank, N.A., P.O. Box 30095, Walnut Creek, CA 94598 on October 20, 2009 in the amount of $47.72 was deposited by the claimant.

4. That on December 7, 2009, a check in the amount of $47.72 was issued to the bankruptcy estate by the claimant and forwarded to the Trustee with correspondence indicating it was unable to locate the account to which the payment was to be applied.

5.  That the Trustee hereby gives notice that such amount of **$47.72** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

\_\_\_/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of December, 2009, a true and correct copy of the above and foregoing Second Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to:  Wells Fargo Bank, N.A., P.O. Box 30095, Walnut Creek, CA 94598.

\_\_\_\_/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven